## No. 786

CHANDLER MOTOR CAR CO. v. DELZOPPO

Ohio Appeals, 8th Dist., Cuyahoga County
No. 5222. Decided Sept. 15, 1924

751. MASTER AND SERVANT—Employe not entitled to bonus under circumstances of case.

SULLIVAN, J.
Epitomized Opinion
Published Only in Ohio Law Abstract

Dan Delzoppo brought an action against Chandler Motor Car Co. to recover a bonus under an agreement with that company. The plaintiff alleged that in addition to his wages the defendant had agreed to pay him 12 per cent bonus if he remained in the employment of defendant from July 1, 1920, to June 30, 1921. The evidence disclosed that the plaintiff had been in the employ of the company from October 16, 1918, until July 5, 1921, upon which date he was discharged, instead of the time set forth in plaintiff's petition. The evidence also showed that the payment of the bonus was discretionary with the board of directors, although the plaintiff testified to the contrary on this point.

The plaintiff accepted his money without requesting any bonus at the time of his discharge and it was not until some time later that the claim was set forth. A judgment was rendered for the plaintiff. In reversing this judgment, the Court of Appeals held:

As the evidence clearly shows that the plaintiff was not entitled to the bonus as a matter of right, the judgment of the lower court must be reversed.

Attorneys—Niman, Grossman, Buss & Holiday, for Chandler Motor Car Co.; W. J. Dawley, for Delzoppo; all of Cleveland.

# PUBLISHERS' COLUMN
## The Ohio Law Abstract

Entered as second class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

CHIEF EDITOR - - - W. J. TOSSEL
President - - - J. F. Laning
Vice Pres. and Cir. Mgr. - Sam H. Torrey
Secretary and Treasurer - S. R. Laning

Issued Every Wednesday 48 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS
One year (48 issues) Payable in Advance..$15.00
Single Numbers ......................... .35

When cash is mailed to us in advance
20 per cent discount

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

Address all communications to

### THE LAW ABSTRACT COMPANY

1727 Bryn Mawr, Cleveland, O.
P. O. Box 55, East Cleveland Sta.

In compliance with our custom, as per standing notice, appearing in the Publisher's Column each week, we are sending out advance expiration reminders to subscribers whose payments recur at the end of this year, to not only give them ample time to pre-empt the very adequate discount of twenty per cent we given on prepaid renewals, but to advise them to remember also that we send free, to each prepayer, the Abstract Annual for 1925, to be mailed this month. We wish to know, as early as possible, how many of these Annuals to print, and solicit prompt responses.

Our attorney friends can easily keep reminded of how fast time is speeding on, by watching the weekly serial numbers designating the Abstrasts as they appear. This is No. 46 in number, but No. 47 in fact, as we furnished each subscriber a Semi-Annual Digest number of forty pages, in July, not numbered consecuticely with the other papers issued. This leaves but two more regular papers to cover our subscription year, December 10 and 17, as there will be no holiday issue, and the last paper will be merged in the Annual, due at the close of the year, making fifty papers in all.

This week we omit the weekly Current Digest, thinking it better to do this than to crowd out two pages of cases we would be compelled to omit to make room for it. Next week the digest will include the Indexes for the two weeks.

Work on the Abstract Annual for 1925, we have recently announced, is progressing. Material is being gathered and printing on its contents will soon begin. It will be a service book that will be a very useful accessory for every lawyer to have in his practice.